UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                        :

BASF CORPORATION,                   :

                                          :

                      Plaintiff,      :

                                          :              26-CV-2295 (VSB)

              -against-        :

                                          :                **ORDER**

R AND W AUTO BODY, INC., d/b/a   :
R & W AUTO BODY LLC,        :

                                          :

                    Defendant.   :

                                          :

------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on March 19, 2026, (Doc. 1), and filed an affidavit of service on May 7, 2026, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was May 22, 2026. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 15, 2026. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 8, 2026
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge