UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASF CORPORATION,<br><br>                         Plaintiff,<br><br>       -against-<br><br>R AND W AUTO BODY, INC., d/b/a R & W<br>AUTO BODY LLC,<br><br>                         Defendant. | 26-CV-2295 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff is direct to serve a copy of Judge Broderick's order dated June 8, 2026 (ECF 8)

and the Complaint on Defendant at their last known address by mail and last known email

address by email by **June 12, 2026**, and file proof of such service by **June 12, 2026**.

DATED:  June 9, 2026                     SO ORDERED.
             New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**