UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASF CORPORATION,<br><br>                    Plaintiff,<br><br>        -against-<br><br> R AND W AUTO BODY, INC., d/b/a R & W<br> AUTO BODY LLC,<br><br>                    Defendant. | 26-CV-2295 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 8, 2026, Judge Broderick directed Plaintiff, if it intended to seek a default judgment, to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by June 15, 2026. (*See* ECF 8.) Although Plaintiff obtained a Certificate of Default from the Clerk of Court, (*see* ECF 14), Plaintiff has not complied with the remaining procedures for seeking a default judgment outlined in Rule 4(H) and Attachment A of Judge Broderick's Individual Rules and Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-vernon-s-broderick.

By **July 7, 2026**, Plaintiff shall file the requisite documents in accordance with Judge Broderick's Individual Rules. Plaintiff is further directed to serve a copy of this order on Defendant at their last known address by mail and last known email address by email by **June 26, 2026**, and file proof of such service by **June 26, 2026**.

DATED:  June 24, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**