UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BASF CORPORATION,<br><br>                    Plaintiff,<br><br>    -against-<br><br>R AND W AUTO BODY, INC., d/b/a R & W<br>AUTO BODY LLC,<br><br>                    Defendant. | 26-CV-2295 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 24, 2026, I directed Plaintiff to serve a copy of my order at ECF 15 on Defendant

at their last known address by mail and last known email address by email by June 26, 2026,

and file proof of such service by June 26, 2026. (*See* ECF 15, Order.) Plaintiff has not complied.

Accordingly, I am nunc pro tunc extending Plaintiff's deadline to serve my order at ECF

15 and to file proof of such service on the docket by **July 2, 2026**.

DATED:  June 29, 2026             SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**