UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BASF CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>R AND W AUTO BODY, INC., d/b/a R & W AUTO BODY LLC,<br><br>Defendant. | : | 26-CV-2295 (VSB)<br><br>**DEFAULT JUDGMENT** |

VERNON S. BRODERICK, United States District Judge:

In accordance with my comments at the Order to Show Cause hearing on July 28, 2026, it is hereby:

ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendant. This case will be referred to Magistrate Judge Robin F. Tarnofsky for an inquest on damages.

As I noted at the Order to Show Cause hearing, there does not appear to be a legal basis for Plaintiff to recover the third category of damages it seeks—the balance of the requirement contract, given that the contract admittedly provides expressly for an alternative quantum of damages. (Doc. 20 ¶ 9; *see also Bigda v. Fischbach Corp.*, 849 F. Supp. 895, 902 (S.D.N.Y. 1994) (damages provisions in contracts should be enforced if "negotiated at arms-

length between parties of equal bargaining power," among other things).) However, I leave this issue to be decided by Magistrate Judge Tarnofsky as part of the inquest.

SO ORDERED.

Dated: July 28, 2026
New York, New York

VERNON S. BRODERICK
United States District Judge