UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASF CORPORATION,
Plaintiff,

-against-

R AND W AUTO BODY, INC., d/b/a R & W AUTO BODY LLC,
Defendant.

26-CV-2295 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 28, 2026, Judge Vernon S. Broderick entered a default judgment in this action against Defendant R and W Auto Body Inc., d/b/a R & W Auto Body LLC. (*See* ECF 26, Default Judgment.) That same day, Judge Broderick referred this matter to me to conduct an inquest to determine appropriate damages. (*See* ECF 27, Am. Order of Ref.)

If Plaintiff so wishes, by **August 12, 2026**, Plaintiff may make a filing on the docket providing further legal support for its request for the third category of damages it seeks—the balance of the requirements contract.

Plaintiff is directed to serve a copy of Judge Broderick's default judgment dated July 28, 2026 (ECF 26) and this order on Defendant at its last known address by mail and last known email address by email by **July 31, 2026**, and Plaintiff shall file proof of such service on the docket by **July 31, 2026**.

DATED: July 29, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**